Hudson M. Jobe
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

PROPOSED ATTORNEYS FOR THE DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| HIGHLAND SELECT EQUITY § | |
| FUND GP, L.P. § | CASE NO: 23-31039-mvl7 |
| § | (Chapter 11) |
| DEBTOR. § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Debtor's Motion to Transfer/Reassign Case (the "Motion") [Docket No. 9], filed on June 12, 2023, is scheduled to be heard on **July 19, 2023, at 1:30 p.m.** before the Honorable Michelle V. Larson, 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, Texas.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ Hudson M. Jobe*
    Hudson M. Jobe
    State Bar No. 24041189

PROPOSED ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2023, a true and correct copy of the foregoing Notice has been served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case and via first-class mail on the parties listed on the mailing matrix attached hereto.

      */s/ Hudson M. Jobe*
      Hudson M. Jobe