Deborah Deitsch-Perez
Michael P. Aigen
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for The Dugaboy Investment Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re** § | | |
| § | | **Case No. 23-31039-mvl7** |
| **HIGHLAND SELECT EQUITY MASTER** § | | |
| **FUND, L.P.** § | | **(Chapter 7)** |
| § | | |
| Debtor. § | | |

## APPENDIX IN SUPPORT OF CREDITOR THE DUGABOY INVESTMENT TRUST'S OBJECTION TO DEBTOR'S MOTION TO TRANSFER/REASSIGN CASE

The Dugaboy Investment Trust files this Appendix in Support of *Creditor Dugaboy Investment Trust's Objection to Debtor's Motion to Transfer/Reassign Case* and requests the Court take judicial notice of the documents contained herein.

| Exhibit | Document | Appendix Page(s) |
|---|---|---|
| 1 | *James Dondero, Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., The Dugaboy Investment Trust, The Get Good Trust, and NexPoint Real Estate Partners, LLC, f/k/a HCRE Partners, LLC, a Delaware Limited Liability Company's Motion to Recuse Pursuant to 28, U.S.C. § 455*, Dkt. 2060 in Case No. 19-34054-sgj11, dated March 18, 2021 | App. 001 - App. 005 |
| 2 | *James Dondero, Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., The Dugaboy Investment Trust, Get Good Trust, and NexPoint Real Estate Partners, LLC, f/k/a HCRE Partners, LLC, a Delaware Limited Liability Company's Amended Motion for Final Appealable Order and Supplement to Motion to Recuse Pursuant to 28 U.S.C. §455 and Brief in Support*, Dkt. 3470 in Case No. 19-34054-sgj11, dated August 26, 2022 | App. 006 - App. 014 |
| 3 | *Amended Renewed Motion to Recuse Pursuant to 28 U.S.C. §455*, Dkt. 3570 in Case No. 19-34054-sgj11, dated October 17, 2022 | App. 015 - App. 017 |
| 4 | *Movants' Supplemental Memorandum of Law in Support of Amended Renewed Motion to Recuse Pursuant to 28 U.S.C. §455*, Dkt. 3673 in Case No. 19-34054-sgj11, dated March 2, 2023 | App. 018 - App. 023 |
| 5 | Opinion Letter of Professor Steve Leben dated July 6, 2023 | App. 024 - App. 058 |
| 6 | *Order Authorizing the Filing of a Lawsuit by Dugaboy Investment Trust in New York*, Dkt. 3373 in Case No. 19-34054-sgj11, dated June 22, 2022 | App. 059 - App. 061 |
| 7 | PACER Docket for Case No. 1:23-cv-01636-MKV | App. 062 - App. 066 |
| 8 | *Suggestion of Bankruptcy*, Dkt. 16 in Case No. 1:23-cv-01636-MKV, dated June 5, 2023 | App. 067 - App. 073 |
| 9 | January 9, 2020 Hearing Transcript (excerpted) in Case No. 19-34054-sgj11 | App. 074 - App. 078 |
| 10 | PACER confirmation of Judge assigned to the Acis Bankruptcy (Case No. 18-30265-SGJ-11) | App. 079 - App. 080 |
| 11 | *Bench Ruling and Memorandum of Law in Support of: (A) Final Approval of Disclosure Statement; and (B) Confirmation of Chapter 11 Trustee's Third Amended Joint Plan*, Dkt. 827 in Case No. 18-30265-SGJ-11, dated January 31, 2019 | App. 081 - App. 128 |
| 12 | *Order Denying Motion to Recuse, Pursuant to 28 U.S.C. §455*, Dkt. 2083 in Case No. 19-34054-sgj11, dated March 23, 2021 | App. 129 - App. 140 |

CORE/3524155.0002/183000220.1

| Exhibit | Document | Appendix Page(s) |
|---|---|---|
| 13 | *Order Denying Amended Motion of James Dondero, Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., The Dugaboy Investment Trust, Get Good Trust, and NexPoint Real Estate Partners, LLC, f/k/a HCRE Partners, LLC, a Delaware Limited Liability Company's for Final Appealable Order and Supplement to Motion to Recuse Pursuant to 28 U.S.C. §455 and Brief in Support*, Dkt. 3479 in Case No. 19-34054-sgj11, dated September 1, 2022 | App. 141 - App. 144 |
| 14 | *Movants' Amended Memorandum of Law in Support of Amended Renewed Motion to Recuse Pursuant to 28 U.S.C. §455*, Dkt. 3571 in Case No. 19-34054-sgj11, dated October 17, 2022 | App. 145 - App. 174 |
| 15 | *Memorandum Opinion and Order Denying "Amended Renewed Motion to Recuse Pursuant to 28 U.S.C. §455," * Dkt. 3676 in Case No. 19-34054-sgj11, dated March 6, 2023 | App. 175 - App. 211 |

Dated: July 10, 2023.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Deborah Deitsch-Perez*
　　　　　　　　　　　　　　　　　　　　Deborah Deitsch-Perez
　　　　　　　　　　　　　　　　　　　　State Bar No. 24036072
　　　　　　　　　　　　　　　　　　　　Michael P. Aigen
　　　　　　　　　　　　　　　　　　　　State Bar No. 24012196
　　　　　　　　　　　　　　　　　　　　STINSON LLP
　　　　　　　　　　　　　　　　　　　　2200 Ross Avenue, Suite 2900
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　(214) 560-2201 telephone
　　　　　　　　　　　　　　　　　　　　(214) 560-2203 facsimile
　　　　　　　　　　　　　　　　　　　　Email: deborah.deitschperez@stinson.com
　　　　　　　　　　　　　　　　　　　　Email: michael.aigen@stinson.com

　　　　　　　　　　　　　　　　　　　　*Counsel for The Dugaboy Investment Trust*

## CERTIFICATE OF SERVICE

I certify that on July 10, 2023, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing system to the parties that are registered or otherwise entitled to receive electronic notices in this proceeding.

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
