HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HIGHLAND SELECT EQUITY FUND GP, L.P., | ) | Case No. 23-31039-mvl7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR
<u>SERVICE OF NOTICES AND OTHER PAPERS</u>**

Zachery Z. Annable of Hayward PLLC, as counsel for Highland Capital Management, L.P. ("<u>HCMLP</u>"), appears in the above-captioned bankruptcy case (the "<u>Bankruptcy Case</u>"). Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, Mr. Annable requests that all notices, motions, pleadings, orders, plans, and disclosure statements filed, served, or entered in this Bankruptcy Case be served upon him at the following address:

Zachery Z. Annable
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231

This *Notice of Appearance and Request for Service of Notices and Other Papers* (the "<u>Notice of Appearance</u>") is not a waiver of any rights, including, without limitation, the right: (i) to have final orders in non-core matters entered only after *de novo* review by a judge of the

appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this Bankruptcy Case or any case, controversy, or proceeding related to this Bankruptcy Case; and (iii) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal.

Dated: July 14, 2023

        **HAYWARD PLLC**

        */s/ Zachery Z. Annable*
        Melissa S. Hayward
        Texas Bar No. 24044908
        MHayward@HaywardFirm.com
        Zachery Z. Annable
        Texas Bar No. 24053075
        ZAnnable@HaywardFirm.com
        10501 N. Central Expy, Ste. 106
        Dallas, Texas 75231
        Tel: (972) 755-7100
        Fax: (972) 755-7110

        *Counsel for Highland Capital Management, L.P.,*