HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HIGHLAND SELECT EQUITY FUND GP, L.P., | ) | Case No. 23-31039-mvl7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER PAPERS**

Melissa S. Hayward of Hayward PLLC, as counsel for Highland Capital Management, L.P.

("HCMLP"), appears in the above-captioned bankruptcy case (the "Bankruptcy Case"). Pursuant

to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, Ms. Hayward requests that

all notices, motions, pleadings, orders, plans, and disclosure statements filed, served, or entered in

this Bankruptcy Case be served upon her at the following address:

Melissa S. Hayward
MHayward@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231

This *Notice of Appearance and Request for Service of Notices and Other Papers* (the

"Notice of Appearance") is not a waiver of any rights, including, without limitation, the right: (i)

to have final orders in non-core matters entered only after *de novo* review by a judge of the

appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this

Bankruptcy Case or any case, controversy, or proceeding related to this Bankruptcy Case; and (iii)

to have the United States District Court withdraw the reference in any matters subject to mandatory

or discretionary withdrawal.


Dated: July 14, 2023

**HAYWARD PLLC**

*/s/ Melissa S. Hayward*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.,*