PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (*pro hac vice* pending)
John A. Morris (*pro hac vice* pending)
Gregory V. Demo (*pro hac vice* pending)
Hayley R. Winograd (*pro hac vice* pending)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Fax: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| HIGHLAND SELECT EQUITY FUND GP, L.P., | Case No. 23-31039-mvl7 |
| Debtor. | |

## HIGHLAND CAPITAL MANAGEMENT, L.P.'S WITNESS AND EXHIBIT LIST WITH RESPECT TO EVIDENTIARY HEARING TO BE HELD ON JULY 19, 2023

Highland Capital Management, L.P. ("HCMLP"), submits the following witness and exhibit list with respect to *Debtor's Motion to Transfer/Reassign Case* [Docket No. 9], which the Court has set for hearing at 1:30 p.m. (Central Time) on July 19, 2023 in the above-styled bankruptcy case.

A. **Witnesses:**

1. Any witness identified by or called by any other party; and

2. Any witness necessary for rebuttal.

**Exhibits:**

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | Proof of Claim No. 131 of The Dugaboy Investment Trust [Case No. 19-34054-sgj11] (Bankr. N.D. Tex.) | | |
| 2. | *Highland Capital Management, L.P.'s Reply in Support of its Objection to Proof of Claim Number 131 Filed by The Dugaboy Investment Trust on April 8, 2020* [Case No. 19-34054-sgj11, Docket No. 2947] (Bankr. N.D. Tex. Oct. 21, 2021) | | |
| 3. | *Objection to Proof of Claim Number 131 Filed by The Dugaboy Investment Trust on April 8, 2020* [Case No. 19-34054-sgj11, Docket No. 2796] (Bankr. N.D. Tex. Aug. 30, 2021) | | |
| 4. | *Limited Response and Consent to (1) Objection to Proof of Claim 131 Filed by The Dugaboy Investment Trust on April 8, 2020* [Case No. 19-34054-sgj11, Docket No. 2933] (Bankr. N.D. Tex. Oct. 15, 2021) | | |
| 5. | *Order re: Objection to Proof of Claim Number 131 Filed by The Dugaboy Investment Trust on April 8, 2020* [Case No. 19-34054-sgj11, Docket No. 2966] (Bankr. N.D. Tex. Oct. 27, 2021) | | |
| 6. | *Original Complaint* [Case No. 21-cv-01169-N, Docket No. 1] (N.D. Tex. May 21, 2021) | | |
| 7. | *Plaintiff's Motion to Stay All Proceedings* [Case No. 21-cv-01169-N, Docket No. 6] (N.D. Tex. Aug. 26, 2021) | | |
| 8. | *Highland Capital Management, L.P.'s Motion for Reconsideration of Stay Order* [Case No. 21-cv-01169-N, Docket No. 8] (N.D. Tex. Oct. 5, 2021) | | |
| 9. | *Order re: Highland Capital Management, L.P.'s Motion for Reconsideration of Stay Order* [Case No. 21-cv-01169-N, Docket No. 19] (N.D. Tex. May 9, 2022) | | |
| 10. | *Highland Capital Management, L.P.'s Amended Motion to Dismiss* [Adv. Pro. No. 22-03062, Docket No. 20] (Bankr. N.D. Tex. Jun. 16, 2022) | | |
| 11. | *Amended Stipulation of Dismissal of Adversary Proceeding* [Adv. Pro. No. 22-03062, Docket No. 27] (Bankr. N.D. Tex. Aug. 1, 2022) | | |
| 12. | Any document entered or filed in the Debtor's chapter 7 bankruptcy case, including any exhibits thereto or any other document of which the Court may take judicial notice | | |
| 13. | All exhibits necessary for impeachment and/or rebuttal Purposes | | |

**WITNESS AND EXHIBIT LIST FOR HEARING ON JULY 19, 2023**
DOCS_NY:48000.1 36027/003

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 14. | All exhibits identified by or offered by any other party at the Hearing | | |

**WITNESS AND EXHIBIT LIST FOR HEARING ON JULY 19, 2023**
DOCS_NY:48000.1 36027/003

Dated: July 14, 2023

      **PACHULSKI STANG ZIEHL & JONES LLP**

      Jeffrey N. Pomerantz (*pro hac vice* pending)
      John A. Morris (*pro hac vice* pending)
      Gregory V. Demo (*pro hac vice* pending)
      Hayley R. Winograd (*pro hac vice* pending)
      10100 Santa Monica Boulevard, 13th Floor
      Los Angeles, CA 90067
      Tel: (310) 277-6910
      Fax: (310) 201-0760
      Email:    jpomerantz@pszjlaw.com
                    jmorris@pszjlaw.com
                    gdemo@pszjlaw.com
                    hwinograd@pszjlaw.com

      -and-

      **HAYWARD PLLC**

      */s/ Zachery Z. Annable*
      Melissa S. Hayward
      Texas Bar No. 24044908
      MHayward@HaywardFirm.com
      Zachery Z. Annable
      Texas Bar No. 24053075
      ZAnnable@HaywardFirm.com
      10501 N. Central Expy, Ste. 106
      Dallas, Texas 75231
      Tel: (972) 755-7100
      Fax: (972) 755-7110

      *Counsel for Highland Capital Management, L.P.,*