Jerry C. Alexander
Texas Bar No. 00993500
alexanderj@passmanjones.com
**PASSMAN & JONES**
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2500
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

**INTERIM COUNSEL TO TRUSTEE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **HIGHLAND SELECT EQUITY** | § | Case No. 23-31037-swe7 |
| **MASTER FUND, L.P.** | § | (Chapter 7) |
| | § | |
| *Debtor.* | § | |
| | § | |
| IN RE: | § | |
| | § | |
| **HIGHLAND SELECT EQUITY** | § | Case No. 23-31039 mvl7 |
| **FUND GP, L.P.,** | § | (Chapter 7) |
| | § | |
| *Debtor*. | § | |

### NOTICE OF CANCELLATION OF HEARING

PLEASE TAKE NOTICE, that the hearing on Debtor's Motion to Transfer/Reassign Case which was scheduled for Wednesday, July 19, 2023 at 1:30 p.m. before the Honorable Judge Michelle V. Larson in the U.S. Bankruptcy Court for the Northern District of Texas, has been cancelled.

Date:   July 18, 2023

                                             Respectfully submitted,

                                             */s/ Jerry C. Alexander*
                                             Jerry C. Alexander
                                             Texas Bar No. 00993500
                                             alexanderj@passmanjones.com

**PASSMAN & JONES**
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2500
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

**INTERIM COUNSEL FOR THE TRUSTEE**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Cancellation of Hearing regarding the Debtor's Motion to Transfer/Reassign Case was served on all Counsel via the Court's ECF/PACER system on the 18th day of July 2023.

*/s/ Jerry C. Alexander*
Jerry C. Alexander