**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HIGHLAND SELECT EQUITY** | § | **Case No.  23-31039-mvl-7** |
| **MASTER FUND GP, L.P.** | § | |
| | § | **Chapter 7** |
| | § | |
| **DEBTOR** | § | |

**TRUSTEE'S NOTICE OF ASSETS
AND REQUEST FOR CHANGE OF STATUS**

The above titled and numbered proceeding was originally noticed as a no-asset case;

no chapter 7 claims bar date has been established.  I hereby request that the status of this

case be changed to an asset case.  Please establish a chapter 7 bar date and notify creditors to file a

Proof of Claim.

Respectfully submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel, Esq.
State Bar No. 17999450

6505 W. Park Blvd, Ste. 306
Plano, Texas  75093
Telephone:  214-234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE