ntcclm (rev. 12/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Highland Select Equity Fund GP, L.P. | § | Case No.: 23−31039−mvl7 |
| | § | Chapter No.: 7 |
| Debtor(s) | § | |

# NOTICE TO FILE CLAIM

**TO THE DEBTOR, CREDITORS AND OTHER PARTIES IN INTEREST:**

1. Notice was previously given that an order for the relief under the U.S. Bankruptcy Code had been entered on a petition filed by or against the above referenced debtor.
2. The original notice states that there were no apparent assets and the creditors should not file proofs of claim. However, assets have now been recovered from which it appears that payment to creditors may be possible. Accordingly, **November 16, 2023** is fixed as the last day for filing proofs of claim. Governmental units should refer to 11 USC section 502(b)(9) to determine the last day for filing a proof of claim.
3. A creditor must now file a proof of claim within the time limit in order to share in any distribution from the estate, except as provided in 11 U.S.C Section 501(c). A proof of claim must conform substantially to Official Form 410. A Proof of Claim form ("Official Form 410") can be filed online at the Bankruptcy Court's Website: (http://www.txnb.uscourts.gov) or at any bankruptcy clerk's office. It is necessary to file a claim even if the debtor has scheduled you correctly as a creditor on the lists filed with the Court. If you have previously filed a proof of claim in this case, this notice does not require you to refile your claim. To receive acknowledgement of receipt by the clerk, enclose a copy of the claim and an adequate sized self−addressed stamped envelope.
4. Claims must be filed with the:

    U.S. Bankruptcy Court 1100 Commerce Street
    Room 1254
    Dallas, TX 75242

**FILE YOUR CLAIM ONLINE**

The United States Bankruptcy Court for the Northern District of Texas now accepts claims in all cases electronically via the Online Claim Filing System. The Court strongly encourages e−Filing your Proof of Claim.

E−filing is fast, free and does not require a login or password.

To learn more and begin filing your Proof of Claim, please visit our website at:
http://www.txnb.uscourts.gov

CLAIMS ADDRESSED OR SENT TO THE DEBTOR, TRUSTEE, OR UNITED STATES TRUSTEE WILL NOT BE FILED.


DATED:  8/21/23                    FOR THE COURT:
                                   Robert P. Colwell, Clerk of Court

                                   by: /s/Chris Tello, Deputy Clerk

Trustee: Scott M. Seidel

United States Bankruptcy Court

Northern District of Texas

In re:  Case No. 23-31039-mvl
Highland Select Equity Fund GP, L.P.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3  User: admin  Page 1 of 2
Date Rcvd: Aug 21, 2023  Form ID: NOA  Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Highland Select Equity Fund GP, L.P., 100 Crescent Court, Suite 1850, Dallas, TX 75201-7817 |
| aty | | Jeremy A. Root, Stinson LLP, 230 W. McCarty Street, Jefferson City, MO 65101-1553 |
| 20157225 | + | Deborah Deitsch Perez, Stinson LLP 2200 Ross Avenue, Suite 2900, Dallas, TX 75201-2733 |
| 20157226 | + | Highland Capital Management, LP, 100 Crescent Court, Suite 1850, Dallas, TX 75201-7817 |
| 20157228 | + | Mazin Sbaiti, Sbaiti & Company PLLC, 2200 Ross Avenue, Suite 49900W, Dallas, TX 75201-2790 |
| 20157229 | + | The Dugaboy Investment Trust, c/o Heller, Draper & Horn, L.L.C, 650 Poydras St., Suite 2500, New Orleans, LA 70130-6175 |
| 20157231 | | U.S. Attorney, Office of the U.S. Attorney, 3d Floor, 1100 Commerce St., Dallas, TX 75242 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 21 2023 21:14:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Frwy, Suite 1000, Dallas, TX 75207-2328 |
| 20157227 | | EDI: IRS.COM | Aug 22 2023 01:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 20157230 | | Email/Text: pacer@cpa.state.tx.us | Aug 21 2023 21:14:00 | TX Comptroller of Public Accounts, Revenue Accounting Division, Bankruptcy Section PO Box 13528, Austin, TX 78711 |
| 20157232 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 21 2023 21:13:00 | United States Trustee, 1100 Commerce Street Room 976, Dallas, TX 75242-0996 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deborah Rose Deitsch-Perez | on behalf of Creditor The Dugaboy Investment Trust deborah.deitschperez@stinson.com patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Gregory V. Demo | on behalf of Creditor Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Hayley R Winograd | on behalf of Creditor Highland Capital Management L.P. hayleywinograd@gmail.com |
| Hudson M. Jobe | on behalf of Debtor Highland Select Equity Fund GP L.P. hjobe@qslwm.com, nchancellor@qslwm.com |
| Jeffrey Nathan Pomerantz | on behalf of Creditor Highland Capital Management L.P. jpomerantz@pszjlaw.com |
| Jerry C. Alexander | on behalf of Trustee Scott M. Seidel alexanderj@passmanjones.com chandlers@passmanjones.com |
| Melissa S. Hayward | on behalf of Creditor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Scott M. Seidel | scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Scott M. Seidel | on behalf of Trustee Scott M. Seidel scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Sherrel K. Knighton | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Michael.Alvis@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Zachery Z. Annable | on behalf of Creditor Highland Capital Management L.P. zannable@haywardfirm.com |

TOTAL: 12