# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| | §    CASE NO: 23-31039-mvl-7 |
| HIGHLAND SELECT EQUITY FUND, GP, L.P. | § |
| | §    Chapter 7 |
| | § |
| DEBTOR. | § |

## TRUSTEE'S MEETING REPORT

The Trustee wishes to advise the Court, creditors, and parties in interest that the Debtor's meeting was held and concluded with assets previously and a bar date of November 16, 2023 has previously been established for this matter.

Respectfully Submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE