PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) *(admitted pro hac vice)*
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910/Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100/Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> HIGHLAND SELECT EQUITY MASTER FUND, L.P.,[1] <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-31037-swe7 |
| In re: <br><br> HIGHLAND SELECT EQUITY FUND GP, L.P.,[2] <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-31039-mv17 |

---

[1] The Debtor's last four digits of its taxpayer identification number are (0466). The headquarters and service address for the Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] The Debtor's last four digits of its taxpayer identification number are (9917). The headquarters and service address for the Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

DOCS_NY:48755.2 36027/003

## STIPULATION WITHDRAWING
## MOTION TO TRANSFER/REASSIGN CASE

Debtors Highland Select Equity Master Fund, L.P. ("Select Master") and Highland Select Equity Fund GP, L.P. ("Select GP" and together with Select Master, the Select Debtors") and Highland Capital Management, L.P. ("Highland"), on the one hand, and The Dugaboy Investment Trust ("Dugaboy"), on the other hand, and Scott Seidel, Chapter 7 Trustee of the Select Debtors' bankruptcy estates (the "Trustee") hereby enter the following stipulation (the "Stipulation"):

WHEREAS, on June 12, the Debtors filed their Motion to Transfer/Reassign Case (Docket [Docket No. 9/9][3] (the "Motion to Transfer");

WHEREAS, on July 10, 2023, Dugaboy filed its objection to the Motion to Transfer (Docket No. 17/20);

WHEREAS, on July 10, 2023, the Trustee filed his response to the Motion to Transfer (Docket No. 21/19);

WHEREAS, on July 14, 2023, Highland filed its response and joinder to the Motion to Transfer [Docket No. 26/27] (the "Joinder", and together with the Motion to Transfer, the "Motion");

WHEREAS, the counsel for each of the parties met and conferred in good faith and reached the following agreement to fully and finally resolve the Motion to Transfer:

1. The Motion shall be deemed withdrawn with prejudice, subject to the terms of the *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)*, as may be applicable [*see* Case No. 19-34054-sgj11, Docket No. 1808].

---

[3] References to "Docket No. __/__" refer first to the docket maintained in the Select Master bankruptcy case and then to the docket maintained in the Select GP bankruptcy case.

DOCS_NY:48755.2 36027/003

2. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of the Stipulation.

Dated: October 18, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717) (*pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

*/s/ Hudson M. Jobe*
Hudson M. Jobe
State Bar No. 24041189
2001 Bryan Street, Suite 1800

3

Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

*Counsel for Select Debtors*

**STINSON LLP**

*/s/ Deborah Deitsch-Perez*

Deborah Deitsch-Perez
Texas State Bar No. 24036072
Michael P. Aigen
Texas State Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
(214) 560-2201 telephone
(214) 560-2203 facsimile
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Attorneys for The Dugaboy Investment Trust*

**PASSMAN & JONES**

*/s/ Jerry C. Alexander*

Jerry C. Alexander
Texas Bar No. 00993500
1201 Elm Street, Suite 2500
Dallas, Texas 75270
Telephone (214) 742-2121
Facsimile (214) 748-7949
Email: alexanderj@passmanjones.com

*Proposed Special Counsel for Trustee*