

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larsen*

**Signed October 23, 2023**

_____

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HIGHLAND SELECT EQUITY FUND GP, L.P.,[1] | ) | Case No. 23-31039-mvl7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER APPROVING STIPULATION
### WITHDRAWING MOTION TO TRANSFER/REASSIGN CASE

Upon consideration of the *Stipulation Withdrawing Motion to Transfer/Reassign Case* (the "Stipulation")[2] by and between Highland Capital Management, L.P., The Dugaboy Investment Trust, Highland Select Equity Fund GP, L.P. (the "Debtor"), and Scott Seidel, the Chapter 7 Trustee of the Debtor's estate, it is **HEREBY ORDERED THAT:**

1.      The Stipulation, a copy of which is attached hereto as **Exhibit A**, is **APPROVED**.

---

[1] The Debtor's last four digits of its taxpayer identification number are (9917). The headquarters and service address for the Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

2.      The Motion shall be deemed withdrawn with prejudice, subject to the terms of the *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)*, as may be applicable [*see* Case No. 19-34054-sgj11, Docket No. 1808].

3.      The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of the Stipulation or this Order.

###End of Order###

## EXHIBIT A

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910/Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100/Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HIGHLAND SELECT EQUITY MASTER FUND, L.P.,[1] | ) | Case No. 23-31037-swe7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| HIGHLAND SELECT EQUITY FUND GP, L.P.,[2] | ) | Case No. 23-31039-mv17 |
| | ) | |
| Debtor. | ) | |
| | ) | |

---

[1]  The Debtor's last four digits of its taxpayer identification number are (0466).  The headquarters and service address for the Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2]  The Debtor's last four digits of its taxpayer identification number are (9917).  The headquarters and service address for the Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

DOCS_NY:48755.2 36027/003

### STIPULATION WITHDRAWING
### MOTION TO TRANSFER/REASSIGN CASE

Debtors Highland Select Equity Master Fund, L.P. ("Select Master") and Highland Select

Equity Fund GP, L.P. ("Select GP" and together with Select Master, the Select Debtors") and

Highland Capital Management, L.P. ("Highland"), on the one hand, and The Dugaboy Investment

Trust ("Dugaboy"), on the other hand, and Scott Seidel, Chapter 7 Trustee of the Select Debtors'

bankruptcy estates (the "Trustee") hereby enter the following stipulation (the "Stipulation"):

WHEREAS, on June 12, the Debtors filed their Motion to Transfer/Reassign Case (Docket

[Docket No. 9/9][3] (the "Motion to Transfer");

WHEREAS, on July 10, 2023, Dugaboy filed its objection to the Motion to Transfer

(Docket No. 17/20);

WHEREAS, on July 10, 2023, the Trustee filed his response to the Motion to Transfer

(Docket No. 21/19);

WHEREAS, on July 14, 2023, Highland filed its response and joinder to the Motion to

Transfer [Docket No. 26/27] (the "Joinder", and together with the Motion to Transfer, the

"Motion");

WHEREAS, the counsel for each of the parties met and conferred in good faith and reached

the following agreement to fully and finally resolve the Motion to Transfer:

1. The Motion shall be deemed withdrawn with prejudice, subject to the terms of the *Fifth*

   *Amended Plan of Reorganization of Highland Capital Management, L.P. (as*

   *Modified)*, as may be applicable [*see* Case No. 19-34054-sgj11, Docket No. 1808].

---

[3] References to "Docket No. __/__" refer first to the docket maintained in the Select Master bankruptcy case and then to the docket maintained in the Select GP bankruptcy case.

DOCS_NY:48755.2 36027/003

2. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of the Stipulation.

Dated: October 18, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717) (*pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:     jpomerantz@pszjlaw.com
           jmorris@pszjlaw.com
           gdemo@pszjlaw.com
           hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

*/s/ Hudson M. Jobe*
Hudson M. Jobe
State Bar No. 24041189
2001 Bryan Street, Suite 1800

3

Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

*Counsel for Select Debtors*

**STINSON LLP**

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
Texas State Bar No. 24036072
Michael P. Aigen
Texas State Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
(214) 560-2201 telephone
(214) 560-2203 facsimile
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Attorneys for The Dugaboy Investment Trust*

**PASSMAN & JONES**

*/s/ Jerry C. Alexander*
Jerry C. Alexander
Texas Bar No. 00993500
1201 Elm Street, Suite 2500
Dallas, Texas 75270
Telephone (214) 742-2121
Facsimile (214) 748-7949
Email: alexanderj@passmanjones.com

*Proposed Special Counsel for Trustee*

4

United States Bankruptcy Court
Northern District of Texas

In re:
Highland Select Equity Fund GP, L.P.
    Debtor

Case No. 23-31039-mvl
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0539-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 24, 2023 | Form ID: pdf013 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Highland Select Equity Fund GP, L.P., 100 Crescent Court, Suite 1850, Dallas, TX 75201-7817 |
| aty | | Jeremy A. Root, Stinson LLP, 230 W. McCarty Street, Jefferson City, MO 65101-1553 |
| 20157225 | + | Deborah Deitsch Perez, Stinson LLP 2200 Ross Avenue, Suite 2900, Dallas, TX 75201-2733 |
| 20157226 | + | Highland Capital Management, LP, 100 Crescent Court, Suite 1850, Dallas, TX 75201-7817 |
| 20157228 | + | Mazin Sbaiti, Sbaiti & Company PLLC, 2200 Ross Avenue, Suite 49900W, Dallas, TX 75201-2790 |
| 20157229 | + | The Dugaboy Investment Trust, c/o Heller, Draper & Horn, L.L.C, 650 Poydras St., Suite 2500, New Orleans, LA 70130-6175 |
| 20157231 | | U.S. Attorney, Office of the U.S. Attorney, 3d Floor, 1100 Commerce St., Dallas, TX 75242 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 24 2023 22:50:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Frwy, Suite 1000, Dallas, TX 75207-2328 |
| 20157227 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2023 22:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 20157230 | | Email/Text: pacer@cpa.state.tx.us | Oct 24 2023 22:50:00 | TX Comptroller of Public Accounts, Revenue Accounting Division, Bankruptcy Section PO Box 13528, Austin, TX 78711 |
| 20157232 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 24 2023 22:50:00 | United States Trustee, 1100 Commerce Street Room 976, Dallas, TX 75242-0996 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2023                    Signature:     /s/Gustava Winters

District/off: 0539-3                            User: admin                            Page 2 of 2
Date Rcvd: Oct 24, 2023                         Form ID: pdf013                         Total Noticed: 11

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Deborah Rose Deitsch-Perez | on behalf of Creditor The Dugaboy Investment Trust deborah.deitschperez@stinson.com  patricia.tomasky@stinson.com |
| Gregory V. Demo | on behalf of Creditor Highland Capital Management  L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Hayley R Winograd | on behalf of Creditor Highland Capital Management  L.P. hayleywinograd@gmail.com |
| Hudson M. Jobe | on behalf of Debtor Highland Select Equity Fund GP  L.P. hjobe@qslwm.com, nchancellor@qslwm.com |
| Jeffrey Nathan Pomerantz | on behalf of Creditor Highland Capital Management  L.P. jpomerantz@pszjlaw.com |
| Jerry C. Alexander | on behalf of Trustee Scott M. Seidel alexanderj@passmanjones.com  chandlers@passmanjones.com |
| John A Morris | on behalf of Creditor Highland Capital Management  L.P. jmorris@pszjlaw.com |
| Melissa S. Hayward | on behalf of Creditor Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Scott M. Seidel | scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Scott M. Seidel | on behalf of Trustee Scott M. Seidel scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Sherrel K. Knighton | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Zachery Z. Annable | on behalf of Creditor Highland Capital Management  L.P. zannable@haywardfirm.com |

TOTAL: 13