**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND SELECT EQUITY FUND GP, L.P.,<br><br>Debtor. | )<br>)<br>)  Chapter 7<br>)<br>)  Case No. 23-31039-mvl7<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Patrick M. Leathem, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Reorganized Debtor in the bankruptcy case of *Highland Capital Management, L.P.*, Case No. 19-34054-sgj11 (Bankr. N.D. Tex).

On September 25, 2023, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Highland Capital Management, L.P.'s Response and Joinder to Motion to Transfer/Reassign Case** [Docket No. 40]

Furthermore, on October 16, 2023, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Highland Capital Management, L.P.'s Unopposed Motion for Emergency Hearing on Emergency Motion in Limine to (i) Exclude Recusal Evidence and Argument in Connection with Debtors' Motion to Transfer Case to Dallas Divisional Office, or (ii) in the Alternative, Adjourn Hearing** [Docket No. 50]

Furthermore, on October 17, 2023, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Emergency Motion in Limine of Highland Capital Management, L.P. to (i) Exclude Recusal Evidence and Argument in Connection with Debtors' Motion to Transfer Case to Dallas Divisional Office, or (ii) in the Alternative, Adjourn Hearing** [Docket No. 49]

- **Notice of Hearing re Emergency Motion in Limine of Highland Capital Management, L.P. to (i) Exclude Recusal Evidence and Argument in Connection with Debtors' Motion to Transfer Case to Dallas Divisional Office, or (ii) in the Alternative, Adjourn Hearing** [Docket No. 52]

Furthermore, on October 23, 2023, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Stipulation Withdrawing Motion to Transfer/Reassign Case** [Docket No. 55]

Furthermore, on October 27, 2023, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Withdrawal of Emergency Motion in Limine of Highland Capital Management, L.P. to (I) Exclude Recusal Evidence and Argument in Connection with Debtors' Motion to Transfer Case to Dallas Divisional Office, or, (II) in the Alternative, Adjourn Hearing** [Docket No. 58]

Dated: January 23, 2024

/s/ Patrick M. Leathem
Patrick M. Leathem
KCC
222 N Pacífic Coast Highway, Suite 300
El Segundo, CA 90245

# Exhibit A

**Exhibit A**
**Affected Parties Service List**
**Served via Email**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Highland Capital Management, L.P. | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel to Trustee | Passman and Jones | Jerry C. Alexander | alexanderj@passmanjones.com; chandlers@passmanjones.com |
| Counsel to Debtor | Quilling, Selander, Lownds, et al | Hudson M. Jobe | hjobe@qslwm.com; nchancellor@qslwm.com |
| Trustee | Seidel Law Firm | Scott M. Seidel | scott@scottseidel.com; susan.seidel@earthlink.net; sms01@trustesolutions.net |
| Counsel to The Dugaboy Investment Trust | Stinson LLP | Deborah Rose Deitsch-Perez | deborah.deitschperez@stinson.com |
| Counsel to The Dugaboy Investment Trust | Stinson LLP | Jeremy A. Root | jeremy.root@stinson.com; patricia.tomasky@stinson.com |