IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> HIGHLAND SELECT EQUITY §   CASE NO:   23-31039-mvl-7 <br> FUND GP, L.P. § <br> §   Chapter 7 <br> DEBTOR. § | |

### TRUSTEE'S CASE STATUS

The Trustee wishes to advise the Court, creditors, and parties in interest that he is investigating the financial affairs of the Debtor through special counsel and anticipates the filing of a 9019 in the next ten days.

Respectfully Submitted,

  /s/ *Scott M. Seidel*
  Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE