BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Highland Select Equity Fund GP, L.P. § Case No.: 23−31039−mvl7
 § Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 5/20/25       FOR THE COURT:
              Stephen J Manz, Clerk of Court

              by: /s/J. Blanco, Deputy Clerk